### 13868. WRIGHT *v.* THE STATE.

BROYLES, C. J. This case is controlled by the decision this day rendered in *Wright* v. *State*, ante, 210.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 14, 1922.

Indictment for possession of liquor; from Quitman superior court — Judge Worrill. June 30, 1922.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.